AO 442 (Rev. 11/11) Arrest Warrant

| | | |
|---|---|---|
| AUSA: Thomas Franzinger | Telephone: (313) 226-9100 |
| Task Force Officer: Scott Czopek, DEA | Telephone: (313) 820-0403 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Dwight H. Rashad

**21-20746**

**ARREST WARRANT**

FILED
OCT 07 2024
CLERK'S OFFICE
DETROIT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Dwight H. Rashad,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 846 Conspiracy to Distribute and Distribute of a Controlled Substances

FILED
DEC 14 2021
CLERK'S OFFICE
DETROIT

Date: DEC 14 2021

City and state: DETROIT, MICHIGAN

*Issuing officer's signature*
DONALD A. PERUSKI DEPUTY CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/4/24, and the person was arrested on *(date)* 10/4/24
at *(city and state)* Detroit, MI.

Date: 10/4/24

*Arresting officer's signature*
J Healy, DUSM
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*