

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

v.

Dwight Rashad,

    Defendant.

Criminal No. 21-20746

Hon. Gershwin A. Drain

FILED
OCT 04 2024
CLERK'S OFFICE
U.S. DISTRICT COURT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Dwight Rashad, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count 1:**

    21 U.S.C. § 846, conspiracy to possess with intent to distribute more than 400 grams of fentanyl – not less than 10 years and up to life in prison, up to a $10 million fine, or both.

*Dwight Rashad*
Dwight Rashad
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

                                                /s/ Todd Perkins
                                                Todd Perkins
                                                Counsel for Defendant

Dated: 10/4/24